UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Arthur A Burnham, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 1:18-cv-12275-FDS |
| | * | |
| Correct Care Recovery Solution., | * | |
| | * | |
| Defendant, | * | |

ORDER OF DISMISSAL

May 16, 2019

Saylor, D.J.

In accordance with the Court's Order dated April 23rd, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley

Deputy Clerk